# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2026 ND 55

Kayla Rath, n/k/a Kayla Jones,                                          Plaintiff

v.

Mark Allen Rath,                                        Defendant and Appellant

and

State of North Dakota,                       Statutory Real Party in Interest

No. 20250265

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Daniel D. Narum, Judge.

AFFIRMED.

Per Curiam.

Mark A. Rath, self-represented, Bismarck, N.D., defendant and appellant.

**Per Curiam.**

[¶1]   Mark Rath appeals from two judgments amending his parenting time and the medical expenses provision—now requiring him to pay all of their minor child's noncovered medical expenses—and finding he filed abusive litigation. He argues the district court erred in restricting his parenting time, requiring him to pay all of the child's noncovered medical expenses, and finding he filed abusive litigation. We conclude the court's findings are not clearly erroneous and summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Arguments inadequately briefed or raised for the first time at oral argument are not properly before the Court, and therefore we do not address them. *Darby v. Swenson Inc.*, 2009 ND 103, ¶ 23, 767 N.W.2d 147; *Petro-Hunt, L.L.C. v. Tank*, 2024 ND 46, ¶ 44, 4 N.W.3d 526; *Paulson v. Paulson*, 2011 ND 159, ¶ 9, 801 N.W.2d 746. To the extent Mark Rath has attempted to raise other arguments on appeal, we conclude those arguments have not been adequately briefed or were raised for the first time at oral argument, and therefore do not address them.

[¶3]   Lisa Fair McEvers, C.J.
       Daniel J. Crothers
       Jerod E. Tufte
       Jon J. Jensen
       Douglas L. Mattson, S.J.

[¶4]   The Honorable Douglas L. Mattson, Surrogate Judge, sitting in place of Bahr, J., disqualified.